ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/27/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - -X
JEREMIAH REDSTONE, M.D.,

Plaintiff,

- against -

BLUE CROSS BLUE SHIELD OF ILLINOIS,

Defendants.
- - - - - - - - - - - - - - - - - - - - - -X

23 Civ. 4136 (LLS)

ORDER

On April 13, 2023, plaintiff Jeremiah Redstone filed a Summons with Notice in state court without filing or serving a complaint pursuant to N.Y. CPLR § 3012(b). Defendant Blue Cross Blue Shield of Illinois ("BCBSIL") removed the action to federal court on May 18, 2023. (Dkt. No. 1).

Counsel for both parties represented that Redstone would file a complaint by June 23, 2023, and BCBSIL would answer by July 24, 2023. (Dkt. No. 4). Redstone never filed a complaint, and no activity has occurred in this case other than BCBSIL's counsel withdrawing. (Dkt. No. 7). Accordingly, it is

ORDERED, that this action is dismissed for failure to timely serve a complaint. The Clerk of Court is directed to close this case.

Dated: New York, New York
August 27, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J.